HANS RUSHFELDT *vs*. WALTER SHAVE and another.

July 25, 1887.

**Appeal—Assignment of Error.**—Rule 9 (amended) requires the appellant to make an assignment of errors.

Appeal by plaintiff from a judgment of the district court for Clay county, where the action was tried before *Collins*, J., without a jury.

*O. Mosness*, for appellant.

*Edwin Adams*, for respondent.

*By the Court.* The appellant has not presented an assignment of errors, as required by our amended rule 9, adopted at the October term, 1885, and published in 33 Minn. xix, (25 N. W. Rep. iii.) The judgment is therefore affirmed.